DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

23 JANUARY 2014

| 241A93-3 | State v. George Douglas Larrimore | 1. Def's *Pro Se* Motion for PDR Under N.C.G.S. § 7A-31 (COAP13-270) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| | | 4. Def's *Pro Se* Motion for Request to Add Information or Amend | 4. Allowed |
| 263P13-2 | State v. Tornello Pierce | Def's *Pro Se* Motion for *Writ of Error Corum Nobis* | Dismissed **Beasley, J., recused** |
| 282P13 | State v. Anacin William Phillips | 1. Def' PDR Under N.C.G.S. § 7A-31 (COA12-852) | 1. Denied |
| | | 2. State's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Dismissed as Moot |
| 284P13 | State v. Ever Alexander Rivas-Batres | 1. Def's NOA Based Upon a Constitutional Question (COA12-645) | 1. — |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Allowed as to Issue #3 |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 291PA12 | State v. Glenn Edward Whittington | State's Motion to Amend Record on Appeal (COA11-1197) | Denied |
| 302PA13 | In the Matter of: E.H. and N.H. | 1. N.C. Guardian ad *Litem* Program's Motion to Leave to File Amicus Brief | 1. Allowed **11/04/2013** |
| | | 2. N.C. Guardian *ad Litem* Program's Motion for Participation in Oral Argument | 2. Allowed **01/13/2014** |
| 308P13 | State v. Dennis Dwayne Tucker | Defendant-Appellant's PDR Under N.C.G.S. § 7A-31 (COA12-1068) | Denied |